## CERTIFICATE OF SERVICE

### *TPI Corporation v. United States*
### CIT Case No. [26-cv-01013]

      Pursuant to U.S. Cort of International Trade Rule 4(b) and (h), I hereby certify that on February 17, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11s, and Form 13 by certified mail, return receipt requested, upon the following:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

*/s/ P. Lee Smith*
P. Lee Smith

*Counsel for TPI Corporation*